

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00484-CV

**ESTATE OF** Glenn Edward **TURPIN**, Deceased

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2021-PC-0972
Honorable Veronica Vasquez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's July 15, 2022 "Order Granting Removal of Independent Executor Pending Contest" is REVERSED and this cause is REMANDED to the trial court for further proceedings consistent with this court's opinion. Costs of appeal are assessed against appellee, Mary Louise May.

SIGNED July 19, 2023.

_____
Lori I. Valenzuela, Justice